# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:23-M -01122(1) |
| | § |
| (1) Pablo Javier Sanchez-Hernandez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 29, 2023** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Pablo Javier SANCHEZ-Hernandez, an alien, entered, or was found in the United States at or near Comstock, Texas, after having been denied admission, excluded, deported, or removed from the United States through Brownsville/gateway on 03/17/2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title    **8**    United States Code, Section(s)    **1326(a)(1)**
.

I further state that I am a(n) _ and that this complaint is based on the following facts: *"The defendant, Pablo Javier SANCHEZ-Hernandez, was arrested by Border Patrol Agents, on March 29, 2023 for being an alien illegally present in the United States.*
**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,   /s/ BROWN, WESLEY
                                                    Signature of Complainant
                                                    BROWN, WESLEY

04/03/2023                                          at   DEL RIO, Texas
File Date                                                City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                           Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:23-M -01122(1)

(1) Pablo Javier Sanchez-Hernandez

**Continuation of Statement of Facts:**

Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 03/17/2009 through Brownsville/gateway. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

| | |
|---|---|
| _____ | /s/ BROWN, WESLEY _____ |
| Signature of Judicial Officer | Signature of Complainant |