# United States District Courts
## WESTERN DISTRICT OF TEXAS

United States of America

v.

(1) Pablo Javier Sanchez-Hernandez

**WARRANT FOR ARREST**

Case Number: DR:23-M -01122(1)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Pablo Javier Sanchez-Hernandez
                                                                                                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description)

*The defendant, Pablo Javier SANCHEZ-Hernandez, was arrested by Border Patrol Agents, on March 29, 2023 for being an alien illegally present in the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 03/17/2009 through Brownsville/gateway. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.*

in violation of Title    **8**    United States Code, Section(s)    **1326(a)(1)**

VICTOR ROBERTO GARCIA
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

April, 03, 2023 DEL RIO, Texas
Date and Location

Bail Fixed at $ _____ by _____
                                                                                                               Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>April 03, 2023 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>March 29, 2023 | BROWN, WESLEY<br>Border Patrol Agent | /s/ BROWN, WESLEY |