UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA §
§
vs. § Case No. DR:23-MJ-01122
§
Pablo Javier Sanchez Hernandez §

## WAIVER OF PRELIMINARY HEARING
### AND/OR
### DETENTION HEARING
(Rule 5 or 32.1, Fed.R.Crim.P.)

**Preliminary Hearing**

I, Pablo Javier Sanchez Hernandez, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Yo, Pablo Javier Sanchez Hernandez, el inculpado en una acusacion pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendose con el reglamento 5 o 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio a (abandono) mi derecho a una audencia preliminar.

Date: 4-7-23

X _____
Defendant

_____
Counsel for Defendant

**Detention Hearing**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

Tambien me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que en la audencia para fijar fianza, el juez recibira pruebas para poder determinar si sequire detenido sin fianza, o si me fijaran fianza. Me han informado que si renuncio (abandono) mi derecho a una audencia para fijar fianza, sequire detenido sin fianza hasta que se me someta a juicio. Renuncio (abandono) me derecho a una audiencia para fijar fianza.

X _____
Defendant

_____
Counsel for Defendant

Date: 4-7-23