## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

United States of America §
§
vs. § Case Number: DR:23-M -01122(1)
§
(1) Pablo Javier Sanchez-Hernandez §
*Defendant*

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Pablo Javier Sanchez-Hernandez, a hearing was set for April 14, 2023.

Monica Guerrero was appointed to represent the defendant. On April 8, 2023, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney and the defendant waiving the hearings and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 10th day of April, 2023.

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE